IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL THURSTON,**

    Plaintiff,

v.                                                      Civil Action No. **3:24CV488**

**UNKNOWN,**

    Defendant.

## MEMORANDUM ORDER
(Directing Clerk to Mail § 1983 Form)

Plaintiff, a Virginia inmate proceeding *pro se*, has submitted a letter to the Court complaining about his conditions of his detention. (ECF No. 1.) Plaintiff's letter fails to comply with Federal Rule of Civil Procedure 8(a). That rule provides:

> **(a) Claim for Relief.** A pleading that states a claim for relief must contain:
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a). Plaintiff fails to identify the basis for the Court's jurisdiction or provide a short and plain statement of his claim. Nevertheless, from his submissions, it appears that he wishes to file a complaint pursuant to 42 U.S.C. § 1983. The Clerk is DIRECTED to write the civil action number for the present action on the standardized form for filing a 42 U.S.C. § 1983 complaint and to send the form to Plaintiff.

If Plaintiff wishes to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry hereof. If Plaintiff fails to take any action within that time, the Court will dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

All correspondence for the Court shall be directed to: Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, 701 East Broad Street, Richmond, VA 23219.

The Clerk is DIRECTED to send a copy of this Memorandum Order to Plaintiff.

It is SO ORDERED.

/s/ MRC
Mark R. Colombell
United States Magistrate Judge

Date: July 10, 2024
Richmond, Virginia