Michael Thurston
  v.                                  No: 3:24cv488
Dr William McKenna

1. 14th Amendment civil rights violation
      Due Process / indifference of medical needs clause

2. Dr William McKennas gross negligence of my civil rights are the direct result of my wife Tabitha Thurstons untimely death. I am entitled to relief for pain & suffering, punitive damages that I and my family, our 2 kids have and will endure the rest of our lives. Dr McKennas negligence is the result of my incorceration since 2-12-21.

VA Code 37.2-804 discloser of preadmission screening. was completely ignored by Dr McKenna