**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**MICHAEL THURSTON,**
    Plaintiff,

v.                                                                           Civil Action No. **3:24CV488 (RCY)**

**DR. WILLIAM McKENNA,** *et al.***,**
    Defendants.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Thurston's claims are DISMISSED for failure to state a claim and as legally frivolous;
2. The action is DISMISSED;
3. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g); and,
4. The Clerk is hereby DIRECTED to enter a final appealable Judgment in a Civil Case in favor of Defendants as a separate entry on the docket.

Thurston does not request, and the Court does not grant, leave to amend, rendering this order final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022). Should Thurston desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Final Order to Thurston.

It is so ORDERED.

                                                                  /s/
                                                     Roderick C. Young
                                                     United States District Judge

Date: February 28, 2025
Richmond, Virginia