AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------  DISTRICT OF  ----------------Virginia--------------------
Richmond Division

MICHAEL THURSTON,

    Plaintiff,

v.                                               **JUDGMENT IN A CIVIL CASE**
                                                 Case number: 3:24cv488

DR. WILLIAM McKENNA, *et al*.,

    Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the action is DISMISSED for failure to state a claim and as legally frivolous.  Judgment is hereby entered in favor of Defendants Dr. William McKenna, Justice Alexander M. Clark, and Henrico Doctors Hospital.


February 28, 2025                                      FERNANDO GALINDO
Date                                                       Clerk

                                                                     *Elizabeth Watson*

                                                                    (By) Deputy Clerk